HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
PHILIPPE M. SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No.   17-PO-00116-DB |
| Plaintiff, | |
| v. | WAIVER OF DEFENDANT'S PRESENCE |
| | Judge: HON. DEBORAH BARNES |
| PHILIPPE M. SMITH | |
| Defendant. | |

Pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure, defendant, Philippe M. Smith, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, his arraignment set for February 14, 2016, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding imposition of judgment and sentencing or modification of conditions of supervised release.

Mr. Smith hereby requests the Court to proceed during every absence which the Court

Waiver of Appearance                                        -1-

may permit to this waiver; agrees that Mr. Smith's interests will be deemed represented at all times by the presence of Mr. Smith's attorney, the same as if he were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix on his absence.

Mr. Smith further authorizes his attorney to set times and dates without his personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: February 13, 2017

/s/ Philippe M. Smith
_____
PHILIPPE M. SMITH
Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated:  February 13, 2017

/s/ Linda C. Allison
_____
LINDA C. ALLISON
Chief Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED.

Dated:  February 15, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE