PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>             Plaintiff,      )<br>                             )<br>       v.                    )<br>                             )<br>PHILIPPE M. SMITH,           )<br>                             )<br>             Defendant.      )<br>                             )<br>                             )<br>_____ ) | 2:17-po-00116-DB<br><br>GOVERNMENT'S MOTION TO DISMISS AND VACATE STATUS CONFERENCE<br><br>DATE:  March 21, 2017<br>TIME:  10:00 a.m.<br>JUDGE: Honorable Deborah Barnes |

     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing Case Number 2:17-po-00116-DB without prejudice.

     Further, the United States requests that the Status Conference currently scheduled on March 21, 2017, at 10:00 a.m. be vacated.

DATED: March 7, 2017           PHILLIP A. TALBERT
                               United States Attorney


                          By:  */s/ Robert J. Artuz*
                               ROBERT J. ARTUZ
                               Special Assistant U.S. Attorney

<u>ORDER</u>

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:17-po-00116-DB without prejudice is GRANTED.

It is further ordered that the Status Conference scheduled on March 21, 2017, at 10:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: March 8, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE